# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **NAZYR ILIASOV,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1709-R** |
| | ) | |
| **TODD BLANCHE, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

Before the Court is Petitioner's counsel's motion for leave to proceed without local counsel under Local Civil Rule 83.3. Doc. 2. The Court has discretion to waive this requirement if non-resident counsel establishes "financial hardship, special qualifications of non-resident counsel, or other good cause," and "certifies familiarity with the local civil court rules." LCvR83.3(c).

Counsel states she is familiar with the Court's Local Civil Rules. Doc. 9, at 1 & Att. 1. Counsel also represents to the Court that he has special qualifications for handling this habeas corpus proceeding. *Id.* at 1-2 & Att. 1.

Having considered the motion, the Court GRANTS it and excuses counsel from Rule 83.3's association of local counsel requirement.

**SO ORDERED** this 10th day of July, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE